[No. 4684–1.   Division One.   July 18, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. MAURICE C. BARNETT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 75838, Frank D. Howard, J., entered April 20, 1976. *Affirmed* by unpublished per curiam opinion.

[No. 4803–1.   Division One.   July 18, 1977.]

WAYNE W. JOHNSON, ET AL, *Respondents,* v. ROBERT W. OSBORNE, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 222961, Waldo F. Stone, J., entered May 2, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 4817–1.   Division One.   July 18, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. TOMMIE MODICA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 75998, Jerome M. Johnson, J., entered May 28, 1976. *Reversed* by unpublished per curiam opinion.

[No. 4848–1.   Division One.   July 18, 1977.]

THE STATE OF WASHINGTON, *Appellant,* v. EDWARD EUGENE LEMASTER, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 73772, Frank J. Eberharter, J., entered June 1, 1976. *Remanded* by unpublished opinion per Callow, J., concurred in by Williams and Andersen, JJ.